**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Stevie Jackson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:15 CV 50071 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Donald Enloe, et al. | ) | |
| Defendants. | ) | |

**ORDER, REPORT AND RECOMMENDATION**

Status hearing held on 6/8/2018.   Plaintiff fails to appear after he was ordered to appear on 5/15/2018 (Dkt. 120).   Accordingly, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution as stated in open court.   Any objection must be filed by 6/22/2018.   Failure to object may constitute a waiver of objections on appeal.   *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:04)
Date:   6/8/2018                                      /s/ Iain D. Johnston
                                                               U.S. Magistrate Judge