IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Stevie Jackson, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Case No: 15 C 50071 |
| Donald Enloe, et al., | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

The court has reviewed the magistrate judge's June 8, 2018 report and recommendation ("R&R") [24] for clear error and agrees with its findings and conclusions. The court adopts the R&R in its entirety. Plaintiff's claims are dismissed with prejudice for want of prosecution. The Clerk of Court is directed to enter final judgment. This case is closed.

## STATEMENT

By order dated June 8, 2018, the magistrate judge recommended that this case be dismissed with prejudice for want of prosecution. No objections have been filed and plaintiff has not communicated with the court in any manner.

The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The court must review de novo the portions of the report to which objections are made. Id. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999). "The clear error standard means that the district court can overturn the magistrate judge's ruling only if the district court is left with the definite and firm conviction that a mistake has been made." Weeks v. Samsung Heavy Indus. Co., 126 F.3d 926, 943 (7th Cir. 1997).

Plaintiff did not object to the R&R and the court finds no clear error in the magistrate judge's recommendation that this case be dismissed for want of prosecution. The court therefore adopts the R&R in its entirety. Plaintiff's claims are dismissed with prejudice for want of prosecution. Final judgment will enter.

Date: 6/26/2018

ENTER:

_____
FREDERICK J. KAPALA
District Judge